UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CORINE SMITH

VERSUS

WAL-MART STORES, INC. and
ABC INSURANCE COMPANY

CIVIL ACTION

NO. 3:14-CV-420-JWD-RLB

## 60-DAY ORDER OF DISMISSAL

A Joint Notice of Settlement having been submitted to the Court;

**IT IS ORDERED** that the above listed action is hereby **DISMISSED**, without prejudice to the right of either party, upon good cause shown, to reinstate the action within 60 days if the settlement is not consummated.

Signed in Baton Rouge, Louisiana, on December 28, 2015.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| CORINE SMITH | * | CIVIL ACTION |
|---|---|---|
| | * | |
| VERSUS | * | NO. 3:14-CV-00420-JWD-RLB |
| | * | |
| WAL-MART STORES, INC. and | * | JURY TRIAL |
| ABC INSURANCE COMPANY | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT NOTICE OF SETTLEMENT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Corine Smith, and defendant, Wal-Mart Louisiana, LLC, who submit that the parties to this matter have reached a settlement agreement. As such, the parties desire that the Honorable Court issue a conditional order of dismissal allowing for reinstatement of this matter if the settlement is not consummated within sixty (60) days of the date hereof. The parties further agree that no later than sixty (60) days of the date hereof, the parties shall file one of the following: (a) a motion for entry of judgment on all claims; (b) a motion to reopen this matter and reinstate all claims for failure to finalize the settlement agreement; or (c) a motion to enforce settlement agreement.

Respectfully Submitted,

*/s/Susanne Weiner Jernigan*
**Susanne Weiner Jernigan T.A. (#14522)**
**The Jernigan Law Firm**
829 Baronne Street,
New Orleans, LA  70113
Telephone: (504) 581-9322
Facsimile: (866) 703-7621
Email: sue@thejerniganlrm.com
*Attorney for Plaintiff,*
*Corine Smith*

/s/ Isidro René DeRojas
THOMAS P. ANZELMO, T.A. (#2533)
ISIDRO RENÉ DEROJAS (#18182)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, McDANIEL & WELCH
909 Poydras Street, Suite 1000
New Orleans, LA 70112
Telephone: (504) 831-0946
Facsimile: (800) 977-88210
Email: ird@mcsalaw.com
*Attorneys for Defendant,*
*Wal-Mart Louisiana, LLC*